IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 89cr908-37 |
| v. | ) | Honorable Rebecca R. Pallmeyer |
| | ) | |
| EDWARD WILLIAMS | ) | |

**JOINT STATEMENT FOR A SENTENCE REDUCTION UNDER § 3582(c)(2)**

Defendant EDWARD WILLIAMS, by the Federal Defender Program and its attorney, MIANGEL CODY, and the UNITED STATES OF AMERICA, by its attorney ZACHARY FARDON, submit this joint statement for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and retroactive amendment 782 to the Federal Sentencing Guidelines.

1. Mr. Williams's life sentence should be reduced according to the following calculations: At the May 26, 1992, sentencing, the Court found Mr. Williams to be responsible for conspiring to distribute 10 kilograms of heroin, resulting in a base offense level of 36. (Doc. No. 2824, Presentence Report at 5). Mr. Williams received a 4-level enhancement for his leadership role and a 2-level firearm enhancement. At his original sentencing, Mr. Williams's total offense level was 42 and his criminal history score was II, resulting in a guideline range of 360 months to life. (Doc. No. 2589, Statement of Reason attached thereto).

2. Pursuant to USSG Amendment 782, Mr. Williams's base offense level is now 34, based upon the Court's prior drug quantity finding. He continues to receive a two-level enhancement for a firearm and a four-level enhancement for leadership role. Therefore,

according to the 2015 Federal Sentencing Guidelines, Mr. Williams's new total offense level is 40. Total offense level 40, when combined with criminal history category II, yields a new guideline range of 324 to 405 months.

3. Mr. Williams has been imprisoned for 25 years (300 months), as of June 2016. On December 3, 2014, he received a Letter of Commendation from BOP staff for his rehabilitative efforts. (Commendation Letter, attached as Exhibit A). Therefore, the factors codified at 18 U.S.C. § 3553(a) support a sentence recommendation.

4. The parties agree that Mr. Williams is entitled to a sentence reduction pursuant to U.S.S.G. Amendment 782 and that his new range is 324 to 405 months.

5. Defendant Williams's position is that a sentence of 360 months is sufficient, but not greater than necessary to accomplish the goals of the Sentencing Reform Act. A sentence of 360 months is also comparable to similarly situated drug defendants in this case and other cases in this district, thereby avoiding an unwarranted sentencing disparity. A sentence of 360 months would render Mr. Williams eligible for immediate release to a halfway house facility.

6. The government makes no specific sentencing recommendation and leaves it to the court's discretion where Mr. Williams's reduced sentence should fall within the newly applicable range. The government notes that the Court sentenced Mr. Williams to the high end of the guideline range at his 1992 sentencing.

WHEREFORE, because it appears that Mr. Williams qualifies for a sentence reduction under §3582(c)(2) and the sentencing factors under 18 U.S.C. § 3553(a), and the parties agree to the reduction, it is respectfully requested that the Court reduce the defendant's sentence

to a term of imprisonment that falls within the amended guideline range. All other sentencing findings of fact and conclusions of law should remain undisturbed at this time.

Respectfully submitted,

| | |
|---|---|
| ZACHARY FARDON | CAROL BROOK |
| UNITED STATES ATTORNEY | FEDERAL DEFENDER PROGRAM |
| By: ___/s/ Brian Havey | By: ___/s/ MiAngel Cody |
| Assistant United States Attorney | FDP Staff Attorney |
| 219 S. Dearborn St, 5th Fl. | 55 E. Monroe, Suite 2800 |
| Chicago, IL 60604  Ph: (312) 353-1857 | Chicago, IL 60603  Ph: (312) 621-8348 |

# Exhibit A: BOP Letter of Commendation



# U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

---

2600 South Second Street
PO Box 7000
Pekin, Illinois 61555-7000

December 3, 2014

TO            WHOM IT MAY CONCERN

FROM        //s//
G. D. Parker, Supervisor of Recreation
FCI Pekin, Illinois

SUBJECT     **Letter of Commendation (Edward Williams #35880-053)**

This letter of commendation is written to recognize Edward Williams #35880-053 for his exemplary efforts in assisting the Recreation Department Hobby Craft Program.

Mr. Williams has been involved with our Hobby Craft Program from 2002 to the present. His continued development and understanding of leather craft tooling over the years led to his selection as the lead instructor, tool room attendant, and program advisor.

The position held by Mr. Williams requires an ability to work with a broad range of participants, and maintain a cooperative environment. As the lead instructor, Mr. Williams teaches basic leather craft techniques for all new participants, which aids in their program integration. As the Hobby Craft Program Tool Room Attendant, Mr. Williams issues and maintains accountability of hundreds of leather craft implements daily. As the hobby craft program advisor, Mr. Williams assists participants in the development of their individual projects, from pattern design and ordering materials, to completion and disposition.

Mr. Williams has served in his capacity without any impropriety, or violations that would interrupt his assignment.

As the longest standing Clerk in the Recreation Department, Mr. Williams has continued to be a mentor to fellow orderlies, and is a positive example for them to emulate.